IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

        Plaintiff,                  No. 2: 10-cv-1261 LKK KJN P

    vs.

TOM FELKER, et al.,

        Defendants.             ORDER

_____/

        Defendants have filed a motion for a thirty day extension of time to respond to plaintiff's first set of interrogatories, requests for admissions and requests for production of documents. Good cause appearing, this motion is granted.

        Defendants have also filed a motion requesting that counsel be permitted to take plaintiff's deposition by video conference or telephone if necessary. Defendants state that plaintiff's deposition is scheduled for January 28, 2011, at High Desert State Prison. Defense counsel intends to appear in person, but due to winter conditions may need to take the deposition by remote means. Good cause appearing, this motion is granted.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' December 7, 2010 motion for extension of time (Dkt. No. 31) is granted;

1

2. Defendants' responses to plaintiff's first set of interrogatories, requests for admissions and request production of documents are due on or before January 14, 2011;

3. Defendants' December 8, 2010 motion to take plaintiff's deposition by remote means, if necessary, (Dkt. No. 32) is granted;

4. Defendants may take plaintiff's deposition by video conference or telephone if their counsel is unable to personally appear at the deposition.

DATED:  December 21, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ch1261.eot