1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL CHESS,

11          Plaintiff,                    No. 2: 10-cv-1261 LKK KJN P

12      vs.

13  TOM FELKER, et al.,

14          Defendants.              ORDER

15  _____/

16          Pending before the court is defendants' second motion for an extension of time to

17  respond to plaintiff's first set of discovery.  The discovery is currently due on January 14, 2011.

18  Defendants seek until January 28, 2011, to serve their responses.  Good cause appearing, this

19  motion is granted.

20          The discovery cut-off date is February 4, 2011.  So that plaintiff may have time to

21  file motions to compel, if appropriate, the discovery cut-off deadline is extended to March 4,

22  2011.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Defendants' January 10, 2011 motion for extension of time (Dkt. No. 36) is

25  granted; defendants' responses to plaintiff's discovery are due on or before January 28, 2011;

26  ////

1

1      2.  The discovery cut-off date of February 4, 2011 is vacated and re-set for March

2    4, 2011.

3    DATED:  January 13, 2011

4

5    _____
     KENDALL J. NEWMAN

6    UNITED STATES MAGISTRATE JUDGE

7    ch1261.eot(2)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2