IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

     Plaintiff,                    No. 2: 10-cv-1261 LKK KJN P

  vs.

TOM FELKER, et al.,

     Defendants.         <u>ORDER</u>

_____/

        On March 29, 2012, the undersigned dismissed this action for lack of subject matter jurisdiction and judgment was entered. On April 18, 2012, plaintiff filed a motion for reconsideration of the March 29, 2012 order. The undersigned construes plaintiff's motion for reconsideration as a request for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). After reviewing plaintiff's motion and the record, the undersigned finds that plaintiff's motion is without merit.

/////

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for
2  reconsideration (Dkt. No. 64), construed as a request for relief from judgment pursuant to
3  Federal Rule of Civil Procedure 60(b), is denied.
4  DATED:  July 11, 2012.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```